1486

*Wednesday, January 12, 2000*

## MOTION DOCKET

**99-2154.   Buelow v. Vocational Guidance Serv.**
Cuyahoga App. No. 74965. This cause is pending before the court as a discretionary appeal. On January 6, 2000, appellee filed a memorandum in response that was due January 5, 2000. S.Ct.Prac.R. XIV(1)(C) prohibits the filing of a memorandum in response that is not timely. Accordingly,

IT IS ORDERED by the court, *sua sponte,* that the appellee's memorandum in response be, and hereby is, stricken.

*Thursday, January 13, 2000*

## MISCELLANEOUS DISMISSALS

**99-1947.   State ex rel. Davet v. Pianka.**
Cuyahoga App. No. 76337. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. It appears from the records of this court that appellant has not filed a merit brief, due January 10, 2000, in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte.*